FILED
CLERK, U.S. DISTRICT COURT
MAY 14 2025
CENTRAL DISTRICT OF CALIFORNIA
BY DVE DEPUTY
8:25-cv-01026-SRM-(DFMx)

**[Don Macallister Letterhead]**
Don Macallister
21163 Newport Coast Drive #1010
Newport Coast, CA 92657
(310) 924-1303
donmacallister8@gmail.com

**Date:** [Insert Date]

**Civil Intake Clerk**
United States District Court – Central District of California
Ronald Reagan Federal Building and U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

**RE: Civil Rights Complaint – Don Macallister v. U.S. Financial Institutions – Request for Fee Waiver**

Dear Civil Intake Clerk,

Enclosed for filing, please find the following documents for a new civil complaint titled:

**Don Macallister v. U.S. Financial Institutions**

**Included in this submission:**

1. Original signed **Complaint for Damages, Fraudulent Enrichment, Whistleblower Retaliation, and Related Claims**;
2. Completed **Civil Cover Sheet (Form JS-44)**;
3. Completed and signed **AO-239 Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)**.

This complaint arises from longstanding fraudulent enrichment and whistleblower retaliation tied to my €100,000 investment in Digicel Group, and recent disclosures by Digicel to the U.S. Department of Justice that corroborate my allegations originally made in 2013.

Please contact me at the phone number or email address listed above if any further information is needed to process this filing.

Respectfully submitted,

/s/ Don Macallister
Don Macallister
Pro Se Plaintiff

---

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET (JS-44)**

**I. PLAINTIFFS:**
Don Macallister
21163 Newport Coast Drive #1010
Newport Coast, CA 92657

**DEFENDANTS:**
PGIM (Prudential Global Investment Management); GoldenTree Asset Management; Contrarian Capital Management; Citigroup Inc.; JPMorgan Chase & Co.; Goldman Sachs Group Inc.; Morgan Stanley; Bank of America Merrill Lynch; Deutsche Bank; Credit Suisse; and DOES 1–25.

**II. BASIS OF JURISDICTION:**
[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[X] 3 Federal Question (U.S. law)
[ ] 4 Diversity

**III. CITIZENSHIP OF PRINCIPAL PARTIES:**
Plaintiff – California; Defendants – Various U.S. states and international.

**IV. NATURE OF SUIT:**
[Other Civil Rights] 440 – Other Civil Rights (Whistleblower Retaliation, Fraud)

**V. ORIGIN:**
[X] 1 Original Proceeding

**VI. CAUSE OF ACTION:**
Claims for damages and equitable relief related to whistleblower retaliation, unjust enrichment, fraudulent concealment, and aiding and abetting corporate fraud under federal law.

**VII. REQUESTED IN COMPLAINT:**
[X] Monetary Relief

[X] Injunctive Relief
[X] Jury Trial Requested
[X] Request to Proceed in Forma Pauperis (AO-239 attached)

**VIII. RELATED CASE(S) IF ANY:**
Don Macallister v. Denis O'Brien Jr. and Digicel Group Inc., Case No. 8:25-cv-00782 (C.D. Cal.)

**IX. ATTORNEY REPRESENTING PLAINTIFF:**
Pro Se
Don Macallister
(310) 924-1303
donmacallister8@gmail.com